UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HORIZON COMICS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> - against - <br><br> MARVEL ENTERTAINMENT, LLC, <br> MVL FILM FINANCE, LLC, <br> MARVEL WORLDWIDE INC., <br> MARVEL STUDIOS, LLC, <br> DMG ENTERTAINMENT LLC <br> PARAMOUNT PICTURES CORP., <br> WALT DISNEY STUDIOS MOTION <br> PICTURES, INC., AND <br> DOES 1 THROUGH 10, INCLUSIVE <br><br> Defendants. | Civil Case No. 16-2499 (JPO) |

**STIPULATION OF PARTIAL DISMISSAL WITH PREJUDICE
AS AGAINST DEFENDANT PARAMOUNT PICTURES CORP.**

**WHEREAS**, on or about April 4, 2016, Plaintiff Horizon Comics Productions, Inc. ("Plaintiff") filed a complaint (the "Complaint") in the above-referenced action, which alleged claims for (1) direct copyright infringement; (2) contributory copyright infringement; and (3) vicarious copyright infringement against Defendants Marvel Entertainment, LLC, MVL Film Finance LLC (erroneously sued herein as "MVL Film Finance, LLC"), Marvel Worldwide, Inc., Marvel Studios, LLC, DMG Entertainment, LLC ("DMG"), Paramount Pictures Corp. ("Paramount"), and Walt Disney Studios Motion Pictures (erroneously sued herein as "Walt Disney Studios Motion Pictures, Inc.") ("WDS") (collectively, "Defendants");

**WHEREAS**, on July 8, 2016, Defendants filed a motion to dismiss the Complaint (the "Motion to Dismiss");

**WHEREAS**, on March 27, 2017, the Court issued an Opinion and Order denying the Motion to Dismiss in part and granting it in part (the "Order");

**WHEREAS**, the Court's Order dismissed certain claims except those pertaining to alleged infringement of Plaintiff's image in a "promotional piece of art for the Radix comic" (the "Radix Poster") in "Defendants' poster promoting Iron Man 3" (the "IM3 Poster"), both of which are annexed as Exhibit B to the Complaint, and granted the Motion to Dismiss the remaining allegations of infringement, *see* Order at 6, 11-15;

**WHEREAS**, as a result of this Court's Order the allegations against Paramount in the Complaint appear no longer to be sufficient for relief against Paramount;

**WHEREAS**, Paramount represents to Plaintiff that: (1) Paramount played no role in the creation, distribution, display, or sales of the IM3 Poster or of the "Subject Image" (as defined in Paragraph 25 of the Definitions and Instructions contained in Plaintiff's First Request for the Productions of Documents of Defendants, dated September 1, 2017, which is copied below[1]) displayed on same; (2) Paramount did not induce, cause, aid, or materially contribute to any

---

25. The term "**Subject Image**" refers to the following image, in any and all media, including any derivative, varied or edited copies thereof:



[1]

creation, distribution, and/or display of the IM3 Poster or of the Subject Image; and (3) Paramount had no right, authority, or ability to control or supervise any creation, distribution, display, or sales of the IM3 Poster of the Subject Image; and

**WHEREAS**, Plaintiff is relying on Paramount's representations herein as a material inducement to enter into this Stipulation; and

**WHEREAS**, Defendants answered the Complaint on June 30, 2017;

**IT IS HEREBY STIPULATED AND AGREED**, by and between Plaintiff and Defendants, through their undersigned attorneys, that the claims are hereby dismissed, with prejudice, solely against Defendant Paramount, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, without payments, attorneys' fees, costs, disbursements, or expenses to any party as against the other. It is understood and agreed among the parties that all rights to appeal this court's Order of dismissal with respect to Paramount are preserved upon final judgment in this matter.

Dated: Boston, MA
_____, 2018

SHAPIRO, WEISSBERG & GARIN, LLP

By: _/s/ Jeffrey P. W.___
Jeffrey Wiesner, Esq.
90 Canal Street
Boston, MA 02114
Tel: (617) 742-5800
Fac.: (617) 742-5858
jwiesner@swglegal.com

*Attorneys for Plaintiff Horizon Comics Productions, Inc.*

Dated: New York, NY
May 31, 2018

HOGAN LOVELLS US LLP

By: _/s/ Sanford M. Litvack___
Sanford M. Litvack
875 Third Avenue
New York, New York 10022
Tel: (212) 918-3000
Fac.: (212) 918-3100
sandy.litvack@hoganlovells.com

*Attorneys for Defendants Marvel Entertainment, LLC, MVL Film Finance LLC, Marvel Worldwide, Inc., Marvel Studios, LLC, DMG Entertainment LLC, Paramount Pictures Corp., and Walt Disney Studios Motion Pictures*